IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE FISHER | : | CIVIL ACTION |
| v. | : | |
| JAMES WYNDER, JR., Superintendent, ET AL. | : | NO. 06-4183 |

### ORDER

AND NOW, this 19th day of July, 2007, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, there having been no objections filed, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The petition for a writ of *habeas corpus* is **DENIED**.

3. There is no reason to grant a certificate of appealability.

       /s/ Norma L. Shapiro
       S.J.